## (May 23, 1961)

■ JAMES A. PHILLIPS, as Executive Member of the Democratic Executive Committee of Queens County, Respondent, v. MEL SNITOW, Individually and as President and Executive Leader of MEL SNITOW'S THIRD A. D. DEMOCRATIC CLUB, et al., Appellants.— Motion by appellants to dispense with printing of exhibits and other papers, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (May 24, 1961)

■ GRANDVIEW CONSTRUCTION CORP., Plaintiff, v. RORECK CONSTRUCTION Co., INC., et al., Defendants, and MALAN CONSTRUCTION CORP. et al., Defendants and Third-Party Plaintiffs-Respondents. PHOENIX OF HARTFORD INSURANCE COMPANY, Third-Party Defendant and Second Third-Party Plaintiff-Appellant, v. RORECK CONSTRUCTION Co., INC., et al., Second Third-Party Defendants. HERMAN KORFHAGE, Plaintiff, v. MALAN CONSTRUCTION CORP. et al., Defendants.— Motion by appellant for a stay of all proceedings, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ In the Matter of the Arbitration between AMERICAN HYDROTHERM CORPORATION, Appellant, and THERM-O-WHEEL INCORPORATED, Respondent.— Motion by appellant for a stay of all further arbitration proceedings, pending appeal, denied, without prejudice to renewal upon proper papers establishing that there is merit in the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.